UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROLYN ROYAL; et al. ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. |
| ) | 1:19-CV-2817-MLB |
| v. ) | |
| ) | |
| GOODFELLA'S PIZZA & WINGS, ) | |
| INC., et al ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR ATTORNEY'S FEES AND
## INCORPORATED MEMORANDUM OF LAW

COMES NOW, Plaintiffs Carolyn Royal, Trmeka Mathis, Treana Dorsey, and Melvin Hannans, by and through their undersigned counsel, and pursuant to the Court's Order of March 13, 2020 (Dkt. 34-1), hereby move this Court for all attorneys' fees related to Plaintiffs' efforts to obtain responses to Plaintiffs' First Set of Discovery and Plaintiffs' Second Set of Discovery.

### AMOUNT OF FEES

Plaintiffs have incurred significant time and expense pursuing information and documents in response to Plaintiffs' First Set of Discovery and Plaintiffs' Second Set of Discovery. The *Declaration of D. Barton Black*, the undersigned counsel, sets forth the substantial efforts of Plaintiffs, from November 18, 2019,

through the present date, to obtain full and complete responses to Plaintiffs' First Set of Discovery and Plaintiffs' Second Set of Discovery. A copy of the *Declaration of D. Barton Black* ("*DBB Dec.*") is attached hereto as **Exhibit "1."**

Plaintiffs were forced to expend significant time and effort to seek to obtain responses from Defendants, and Plaintiffs still do not have all responsive documents and information from Plaintiffs. As shown in the *Declaration of D. Barton Black*, Plaintiffs engaged in the following activities as part of their efforts to seek their rightful discovery:

- Multiple good faith communications with Defendants regarding Plaintiffs' First Set of Discovery;
- Multiple good faith communications with Defendants regarding Plaintiffs' Second Set of Discovery;
- Preparation and revision of a Joint Statement Regarding Discovery Dispute;
- Preparation for and participation in a teleconference with the Court on the Joint Statement Regarding Discovery Dispute;
- Preparation and filing of a Motion to Compel;
- Preparation and filing of a proposed Order on the Motion to Compel; and
- Preparation and filing of the instant Motion for Attorneys' Fees.

*DBB Dec.* ¶2, Ex. A.  Further, as declared under penalty of perjury:

- The hourly rate charged in such billing entries ($350 per hour) is reasonable and customary for attorneys of like skill and experience in the Atlanta area;

- The total hours spent attempting to obtain information and documents in response to Plaintiff's First Set of Discovery and Plaintiff's Second Set of Discovery (28.1 hours) are reasonable and customary in this geographical area for a dispute of this type, subject matter, size and/or magnitude; and

- The total amount of such legal fees ($9,835.00) is reasonable and customary in this geographical area for a dispute of this type, subject matter, size and/or magnitude.

Accordingly, Plaintiffs hereby respectfully request that this Court enter an Order, as follows:

1. Requiring the eight Defendants, jointly and severally, to pay a total of $9,835.00 to Plaintiffs' counsel within five (5) days of the entry of such an Order; and

2. If Defendants do not pay $9,835.00 to Plaintiffs' counsel within five (5) days of the entry of such an Order, Defendants' Answer and Affirmative Defenses will be stricken and judgment entered in favor of Plaintiffs.

Respectfully submitted this 23rd day of March, 2020.

**PATEL BURKHALTER LAW GROUP**

s/ *D. Barton Black*
D. Barton Black
Georgia Bar No. 119977
bblack@patelburkhalter.com

*Attorney for Plaintiffs*

4045 Orchard Road
Building 400
Atlanta, Georgia 30080
Phone:      (678) 974-1721
Facsimile:  (678) 547-3119

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies the foregoing document has been prepared with Times New Roman (14 point) approved by the Court in local rule 5.1(C) and 7.1(D).

This 23rd day of March , 2020.

                                              **PATEL BURKHALTER LAW GROUP**

                                              s/ *D. Barton Black*
                                              D. Barton Black
                                              Georgia Bar No. 119977
                                              bblack@patelburkhalter.com

                                              *Attorneys for Plaintiffs*

4045 Orchard Road
Building 400
Atlanta, Georgia 30080
Phone:     (678) 974-1721
Facsimile:  (678) 547-3119

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **MOTION FOR AWARD OF LEGAL FEES AND INCORPORATED MEMORANDUM OF LAW** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Alcide L. Honoré
ahonore@honorelaw.com

This 23rd day of March, 2020.

**PATEL BURKHALTER LAW GROUP**

s/ *D. Barton Black*
D. Barton Black
Georgia Bar No. 119977
bblack@patelburkhalter.com

*Attorneys for Plaintiffs*

4045 Orchard Road
Building 400
Atlanta, Georgia 30080
Phone:       (678) 974-1721
Facsimile:   (678) 547-3119