# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-02817-MLB
## Royal et al v. Goodfella's Pizza & Wings, Inc. et al
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 04/23/2020.

TIME COURT COMMENCED: 2:05 P.M.
TIME COURT CONCLUDED: 2:40 P.M.         COURT REPORTER: Jana B. Colter
TIME IN COURT: 00:35                    DEPUTY CLERK: Benjamin Thurman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | David Black representing Carolyn Royal |
| | David Black representing Melvin Hannans |
| | David Black representing Treana Dorsey |
| | David Black representing Trmeka Mathis |
| | Alcide Honore representing Goodfella's Pizza & Wings, Inc. |
| | Alcide Honore representing J&H Holding Company LLC |
| | Alcide Honore representing Bryan Dorsey |
| | Alcide Honore representing Charles Hughes |
| | Alcide Honore representing Chris Berry |
| | Alcide Honore representing Crystal Betts |
| | Alcide Honore representing Edgerrin James |
| | Alcide Honore representing Rodney Hill |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [37]Motion for Reconsideration DENIED |
| | [46]Motion for Extension of Time to Complete Discovery GRANTED |
| MINUTE TEXT: | Video conference (Zoom technology used) held regarding status of case and pending motions. Defendants' [46] Motion for Extension of Time to Complete Discovery is GRANTED. The deadline to complete discovery is extended up to and including July 10, 2020. Plaintiffs' Motion to Compel is GRANTED and Defendants' [37] Motion for Reconsideration is DENIED. Defendants are ORDERED to provide information regarding cell phones no later than April 30, 2020. After obtaining that information, Plaintiffs are permitted to take the deposition of any Defendant or any |

other necessary party. Defendants are ORDERED to respond to Plaintiffs' upcoming motion to compel. A hearing on Defendants' [35] Motion to Dismiss, [38] Motion for Contempt, and [40] Motion for Attorneys' Fees is SET for April 30, 2020 at 10:00 a.m.

HEARING STATUS:	Hearing Concluded