# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-02817-MLB
## Royal et al v. Goodfella's Pizza & Wings, Inc. et al
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 04/30/2020.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 11:15 A.M.     COURT REPORTER: Jana B. Colter
TIME IN COURT: 1:10     DEPUTY CLERK: Benjamin Thurman
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:**
- David Black representing Carolyn Royal
- David Black representing Melvin Hannans
- David Black representing Treana Dorsey
- David Black representing Trmeka Mathis
- Alcide Honore representing Goodfella's Pizza & Wings, Inc.
- Alcide Honore representing J&H Holding Company LLC
- Alcide Honore representing Bryan Dorsey
- Alcide Honore representing Charles Hughes
- Alcide Honore representing Chris Berry
- Alcide Honore representing Crystal Betts
- Alcide Honore representing Edgerrin James
- Alcide Honore representing Rodney Hill

**PROCEEDING CATEGORY:** Motion Hearing(Motion Hearing Non-evidentiary);

**MOTIONS RULED ON:**
- [35]Motion to Dismiss DENIED
- [38]Motion for Contempt DENIED
- [40]Motion for Attorney Fees GRANTED

**MINUTE TEXT:** Hearing held regarding Defendants' [35] Motion to Dismiss and [38] Motion for Contempt, and Plaintiffs' [40] Motion for Attorneys' Fees.

**HEARING STATUS:** Hearing Concluded